# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| HUNTINGTON NATIONAL BANK | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 21-cv-1304 |
| | ) | |
| BOBBY'S LINCOLN PARK, LLC., LUCCI | ) | |
| RESTAURANT GROULP, LLC, AGIM ARIFI, | ) | |
| BASHKIM ARIFI, A/K/A BASKIM S. ARIFI | ) | |
| | ) | |
| Defendants | ) | |

## ANSWER TO COMPLAINT

NOW COMES the Defendant's, Bobby's Lincoln Park LLC, Lucci Restaurant Group, LLC, Agim Arifi, Bashkim Arifi, A/K/A/ Bashkim S. Arifi, Defendant herein, and Answer the Complaint of the Plaintiff. Huntington National Bank, as follows:

### THE PARTIES

1-7      The Defendants Answer the allegations related to naming the parties as Defendants herein in paragraph 1-7 and admit the said parties are named as Defendants in the Complaint.

### JURISDICTION AND VENUE

8-9      The Defendants admit the allegations made in Paragraphs 8 and 9 of the Plaintiff's Complaint.

### COMMON ALLEGATIONS

10-19    The Defendants admit that all of the subject documents are attached to the Complaint as Exhibits H through I.

20.      The Defendants admit the allegations of Paragraph 20 of the Complaint.

1

21-25   Defendants neither admit nor deny the allegations contained in paragraphs 21 through 25 of the Plaintiff's Complaint and the calculations alleged therein and demand strict proof thereof.

## COUNT I-BREACH OF NOTE 1

26.     The Defendants restate and re-allege their Answers to the paragraphs 1 through 25 as though fully set forth in paragraph 26.

27.     The Defendant neither admit nor admit nor deny the allegations contained in Paragraph 27 of the Plaintiff's Complaint and demand strict proof thereof.

28.     The Defendants deny that payment is due to Plaintiff under the Note as alleged in Paragraph 28 of Plaintiff's Complaint.

29.     The Defendants deny that payment is due to Plaintiff under the Note as alleged in Paragraph 29 of Plaintiff's Complaint.

## REQUEST FOR RELIEF UNDER COUNT I

Wherefore, the Defendants, pray for the entry of a judgment in their favor and against the Plaintiff, for all claims contained in Count I.

## COUNT II – BREACH OF MASTER AGRREMENT
### (Against Borrower)

30.     The Defendants restate and re-allege their Answers to the paragraphs 1 through 25 as though fully set forth in paragraph 30.

31.     The Defendant neither admit nor admit nor deny the allegations contained in Paragraph 31 of the Plaintiff's Complaint and demand strict proof thereof.

32.     The Defendants deny that payment is due to Plaintiff under the Note as alleged in Paragraph 32 of Plaintiff's Complaint.

33.     The Defendants deny that payment is due to Plaintiff under the Note as alleged in Paragraph 233 of Plaintiff's Complaint.

### REQUEST FOR RELIEF UNDER COUNT II

Wherefore, the Defendants, pray for the entry of a judgment in their favor and against the Plaintiff, for all claims contained in Count II.

### COINT III – BREACH OF LUCCI NOTE GUARANTY
**(Against Lucci)**

34.     The Defendants restate and re-allege their Answers to the paragraphs 1 through 25 as though fully set forth in paragraph 34.

35.     Paragraph 35 of Plaintiff's Complaint refers to a written instrument which speaks for itself, and Defendants are not required to respond further and deny each and every other allegation contained in said paragraph.

36.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 36 of the Plaintiff's Complaint and demand strict proof thereof.

37.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 37 of the Plaintiff's Complaint and demand strict proof thereof.

38.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 38 of the Plaintiff's Complaint and demand strict proof thereof.

39.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 39 of the Plaintiff's Complaint and demand strict proof thereof.

### REQUEST FOR RELIEF UNDER COUNT III

Wherefore, the Defendants, pray for the entry of a judgment in their favor and against the Plaintiff, for all claims contained in Count III.

## COUNT IV – BREACH OF AGIM NOTE 1 GUARANTY
### (Against Agim)

40.    The Defendants restate and re-allege their Answers to the paragraphs 1 through 25 as though fully set forth in paragraph 40.

41.    Paragraph 41 of Plaintiff's Complaint refers to a written instrument which speaks for itself, and Defendants are not required to respond further and deny each and every other allegation contained in said paragraph.

42.    The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 42 of the Plaintiff's Complaint and demand strict proof thereof.

43.    The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 43 of the Plaintiff's Complaint and demand strict proof thereof.

44.    The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 44 of the Plaintiff's Complaint and demand strict proof thereof.

45.    The defendant denies the allegations contained in paragraph 45 of the Plaintiff's Complaint and demands strict proof thereof.

## REQUEST FOR RELIEF UNDER COUNT IV

Wherefore, the Defendants, pray for the entry of a judgment in their favor and against the Plaintiff, for all claims contained in Count IV.

## COUNT V – BREACH OF AGIM NOTE 1 GUARANTY
### (Against Bashkim)

46.    The Defendants restate and re-allege their Answers to the paragraphs 1 through 25 as though fully set forth in paragraph 46.

47.     Paragraph 47 of Plaintiff's Complaint refers to a written instrument which speaks for itself, and Defendants are not required to respond further and deny each and every other allegation contained in said paragraph.

48.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 48 of the Plaintiff's Complaint and demand strict proof thereof.

49.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 49 of the Plaintiff's Complaint and demand strict proof thereof.

50.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 50 of the Plaintiff's Complaint and demand strict proof thereof.

51.     The defendant denies the allegations contained in paragraph 51 of the Plaintiff's Complaint and demands strict proof thereof.

## REQUEST FOR RELIEF UNDER COUNT V

Wherefore, the Defendants, pray for the entry of a judgment in their favor and against the Plaintiff, for all claims contained in Count V.

## COUNT VI – BREACH OF NOTE 2
### (Against Borrower)

52.     The Defendants restate and re-allege their Answers to the paragraphs 1 through 25 as though fully set forth in paragraph 52.

53.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 53 of the Plaintiff's Complaint and demand strict proof thereof.

54.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 54 of the Plaintiff's Complaint and demand strict proof thereof.

55.     The defendant denies the allegations contained in paragraph 55 of the Plaintiff's Complaint and demands strict proof thereof.

### REQUEST FOR RELIEF UNDER COUNT VI

Wherefore, the Defendants, pray for the entry of a judgment in their favor and against the Plaintiff, for all claims contained in Count VI.

### COUNT VII – BREACH OF LUCCI NOTE 2 GUARANTY
### (Against Lucci)

56.     The Defendants restate and re-allege their Answers to the paragraphs 1 through 25 as though fully set forth in paragraph 56.

57.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 57 of the Plaintiff's Complaint and demand strict proof thereof.

58.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 58 of the Plaintiff's Complaint and demand strict proof thereof.

59.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 59 of the Plaintiff's Complaint and demand strict proof thereof.

60.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 60 of the Plaintiff's Complaint and demand strict proof thereof.

61.     The defendant denies the allegations contained in paragraph 61 of the Plaintiff's Complaint and demands strict proof thereof.

### REQUEST FOR RELIEF UNDER COUNT VII

Wherefore, the Defendants, pray for the entry of a judgment in their favor and against the Plaintiff, for all claims contained in Count VII.

### COUNT VIII – BREACH OF AGIM NOTE 2 GUARANTY
### (Against Agim)

62.     The Defendants restate and re-allege their Answers to the paragraphs 1 through 25 as though fully set forth in paragraph 62.

63.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 63 of the Plaintiff's Complaint and demand strict proof thereof.

64.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 64 of the Plaintiff's Complaint and demand strict proof thereof.

65.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 65 of the Plaintiff's Complaint and demand strict proof thereof.

66.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 66 of the Plaintiff's Complaint and demand strict proof thereof.

67.     The defendant denies the allegations contained in paragraph 61 of the Plaintiff's Complaint and demands strict proof thereof.

## REQUEST FOR RELIEF UNDER COUNT VIII

Wherefore, the Defendants, pray for the entry of a judgment in their favor and against the Plaintiff, for all claims contained in Count VIII.

## COUNT IX – BREACH OF BASHKIM NOTE 2 GUARANTY
### (Against Bashkim)

68.     The Defendants restate and re-allege their Answers to the paragraphs 1 through 25 as though fully set forth in paragraph 68.

69.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 69 of the Plaintiff's Complaint and demand strict proof thereof.

70.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 70 of the Plaintiff's Complaint and demand strict proof thereof.

71.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 71 of the Plaintiff's Complaint and demand strict proof thereof.

72.     The Defendants neither admit nor admit nor deny the allegations contained in Paragraph 72 of the Plaintiff's Complaint and demand strict proof thereof.

73.     The defendant denies the allegations contained in paragraph 73 of the Plaintiff's Complaint and demands strict proof thereof.

## REQUEST FOR RELIEF UNDER COUNT IX

Wherefore, the Defendants, pray for the entry of a judgment in their favor and against the Plaintiff, for all claims contained in Count IX.

Respectfully submitted,

BOIBBY'S LINCOLN PARK LLC, LUCCI RESTAURANT GROUP, LLC, AGIM ARIFI, BASHKIM ARIFI, A/K/A BASHKIM S. ARIFI

By:     /S/ Richard N. Golding
        Their Attorney

Richard N. Golding, Esq.
THE GOLDING LAW OFFICES, P.C.
500 N. Dearborn Street, 2nd FL
Chicago, IL 60654
Tel: 312 832 7885
rgolding@goldinglaw.net

8