IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 21-cv-01304 |
| | ) |
| v. | ) |
| | ) |
| BOBBY'S LINCOLN PARK LLC, LUCCI | ) |
| RESTAURANT GROUP, LLC, AGIM ARIFI, AND | ) |
| BASHKIM ARIFI, A/K/A BASHKIM S. ARIFI, | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

**A.    Discovery that has been completed to date.**

Prior to the filing of this case, the parties exchanged certain informal discovery and financial records in an attempt to see if a settlement was possible. Settlement discussions are ongoing, including a recent proposal from Plaintiff to Defendants. The relevant loan documents are attached as exhibits to Plaintiff's Complaint.

**B.    Discovery that remains to be taken.**

The parties do not anticipate the need for much formal written discovery. Per the Initial Status Report filed in this action [Docket 18], the majority of the relevant documents are attached to the Complaint.

**C.    Any foreseeable obstacles to meeting the deadlines set forth in this Court's June 25, 2021 Minute Order.**

None at this time.

**D.     Whether the sides would like a settlement conference with the Magistrate Judge.**

Not at this time as the parties informal settlement discussions are ongoing.

**E.     Whether there is a need for the September 15, 2021 status hearing.**

The parties do not believe the September 15, 2021 status conference is necessary. The parties believe a full status on settlement discussions can be provided to the Court in mid to late October, 2021. In the event the parties cannot come to a resolution, Plaintiff anticipates filing a motion for summary judgment.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| /s/ Andrew H. Eres | /s/ Richard Golding |
| Attorney for the Plaintiff | Attorney for the Defendants |
| Andrew H. Eres (ILARDC 6237032) | Richard Golding |
| Ronald A. Damashek (ILARDC 6183820) | The Golding Law Offices, P.C. |
| Jeremy P. Kreger (ILARDC 6280403) | 500 W. Dearborn Street, 2nd Floor |
| Dickinson Wright PLLC | Chicago, IL 60654 |
| 55 West Monroe, Suite 1200 | (312) 832-7885 |
| Chicago, Illinois 60603 | rgolding@goldinglaw.net |
| (312) 641-0060 | |
| aeres@dickinson-wright.com | |
| rdamashek@dickinson-wright.com | |
| jkreger@dickinson-wright.com | |

4848-9600-9721 v1 [25535-427]