**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK, )<br>)<br>    Plaintiff, )<br>)<br>) Case No. 21-cv-01304<br>)<br>)<br>v. )<br>)<br>BOBBY'S LINCOLN PARK LLC, LUCCI )<br>RESTAURANT GROUP, LLC, AGIM ARIFI, AND )<br>BASHKIM ARIFI, A/K/A BASHKIM S. ARIFI, )<br>)<br>    Defendants. ) | |

**JOINT STATUS REPORT**

**A.** **Discovery that has been completed to date.**

Prior to the filing of this case, the parties exchanged certain informal discovery and financial records in an attempt to see if a settlement was possible. Settlement discussions are ongoing, including a recent proposal from Plaintiff to Defendants. The Defendants have been preparing documents and forms required by the SBA and should be able to submit them to the Plaintiff by the week of October 25th. The relevant loan documents are attached as exhibits to Plaintiff's Complaint.

**B.** **Discovery that remains to be taken.**

The parties do not anticipate the need for much formal written discovery. Per the Initial Status Report filed in this action [Docket 18], the majority of the relevant documents are attached to the Complaint.

**C.** **Any foreseeable obstacles to meeting the deadlines set forth in this Court's June 25, 2021 Minute Order.**

On October 11, 2021, Plaintiff's counsel advised Defendants' counsel that Plaintiff would be seeking to amend its complaint in order to add two counts to foreclose two mortgages that secure the subject loans. Defendants' counsel did not have an objection to the relief requested by Plaintiff and further advised Plaintiff's counsel that he would agree to waive service of process on the proposed new defendant, Fatima Arifi (a mortgagor of one of the mortgages and the spouse of one of the existing defendants and thus already aware of this case). Plaintiff will file the proposed motion to amend complaint and add new party-defendant as soon as it receives updated title, but in no event later than October 31, 2021. Plaintiff anticipates filing a motion for summary judgment as soon as Defendants answer the amended complaint, but due to the timing of the responsive pleading, Plaintiff does not know if that can be done before the December 15, 2021 deadline set per the Court's June 25, 2021 Minute Order [Docket 19]. Therefore, Plaintiff requests an extension of the December 15, 2021 dispositive motion deadline by an additional 60 days. Defendants do not object to the extension of the dispositive motion deadline.

**D.** **Whether the sides would like a settlement conference with the Magistrate Judge.**

Not at this time as the parties informal settlement discussions are ongoing. In the event that they reach an impasse, the parties would jointly advise the Court of their desire to schedule a settlement conference with the Magistrate Judge.

**E.** **Whether there is a need for the October 28, 2021 status hearing.**

The parties do not believe the October 28, 2021 status conference is necessary. Since Plaintiff anticipates filing its uncontested motion to amend complaint and add new party-defendant on or before October 31, 2021, and Defendants' attorney has agreed to waive service of process on the proposed new party-defendant, the parties believe a status conference should be continued until

2

after the answer deadline in mid-December.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| /s/ Andrew H. Eres | /s/ Richard Golding |
| Attorney for the Plaintiff | Attorney for the Defendants |
| Andrew H. Eres (ILARDC 6237032) | Richard Golding |
| Ronald A. Damashek (ILARDC 6183820) | The Golding Law Offices, P.C. |
| Jeremy P. Kreger (ILARDC 6280403) | 500 W. Dearborn Street, 2nd Floor |
| Dickinson Wright PLLC | Chicago, IL 60654 |
| 55 West Monroe, Suite 1200 | (312) 832-7885 |
| Chicago, Illinois 60603 | rgolding@goldinglaw.net |
| (312) 641-0060 | |
| aeres@dickinson-wright.com | |
| rdamashek@dickinson-wright.com | |
| jkreger@dickinson-wright.com | |

4827-3601-5615 v4 [25535-427]