# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HUNTINGTON NATIONAL BANK ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | 21-cv-1304 |
| ) | |
| BOBBY'S LINCOLN PARK, LLC., LUCCI ) | |
| RESTAURANT GROULP, LLC, AGIM ARIFI, ) | |
| BASHKIM ARIFI, A/K/A BASKIM S. ARIFI ) | |
| ) | |
| Defendants ) | |

## ANSWER TO AMENDED COMPLAINT

NOW COMES the Defendant's, Bobby's Lincoln Park LLC, Lucci Restaurant Group, LLC, Agim Arifi, Bashkim Arifi, A/K/A/ Bashkim S. Arifi, AND Fatima Arifi Defendants herein, and Answer the Amended Complaint of the Plaintiff. Huntington National Bank, as follows:

## THE PARTIES

1-7    The Defendants Answer the allegations related to naming the parties as Defendants herein in paragraph 1-7 and admit the said parties are named as Defendants in the Complaint.

## JURISDICTION AND VENUE

8-9    The Defendants admit the allegations made in Paragraphs 8 and 9 of the Plaintiff's Complaint.

## COMMON ALLEGATIONS

10-19  The Defendants admit that all of the subject documents are attached to the Complaint as Exhibits H through I.

20. The Defendants admit the allegations of Paragraph 20 of the Complaint.

21-25 Defendants neither admit nor deny the allegations contained in paragraphs 21 through 25 of the Plaintiff's Complaint and the calculations alleged therein and demand strict proof thereof.

### COUNT I-BREACH OF NOTE 1

26. The Defendants restate and re-allege their Answers to all the paragraphs in Counts I through IX of the original Complaint and hereafter Answer additional Counts X and XI of the Amended Complaint, which are the only amendments to the Plaintiff's original Complaint.

### COUNT X-FORECLOSURE OF MORTGAGE
### (Against the 8729 Stolting Property)

77. The Defendants reallege and restate their respective Answers stated in the original Complaint, including where applicable the Answers of Fatima Arifi.

78. The Defendants neither admit nor deny the allegations contained in Paragraph 78 of the Plaintiff's Amended Complaint, including sub-paragraphs a through t and demand strict proof thereof.

### REQUEST FOR RELIEF UNDER COUNT X

Wherefore, the Defendants, pray for the entry of a judgment in their favor and against the Plaintiff, for all claims contained in Count X of the Amended Complaint.

### COUNT XI-FORECLOSURE OF MORTGAGE
### (Against the 8636 (sic) Stolting Property)

79. The Defendants reallege and restate their respective Answers stated in the original Complaint, including where applicable the Answers of Fatima Arifi.

80. The Defendants neither admit nor deny the allegations contained in Paragraph 80 of the Plaintiff's Amended Complaint, including sub-paragraphs a through t and demand strict proof thereof.

## **REQUEST FOR RELIEF UNDER COUNT XI**

Wherefore, the Defendants, pray for the entry of a judgment in their favor and against the Plaintiff, for all claims contained in Count XI of the Amended Complaint.

> Respectfully submitted,
>
> BOIBBY'S LINCOLN PARK LLC, LUCCI RESTAURANT GROUP, LLC, AGIM ARIFI, BASHKIM ARIFI, A/K/A BASHKIM S. ARIFI and FATIMA ARIFI
>
> By: /S/ Richard N. Golding
> Their Attorney

Richard N. Golding, Esq.
THE GOLDING LAW OFFICES, P.C.
500 N. Dearborn Street, 2nd FL
Chicago, IL 60654
Tel: 312 832 7885
rgolding@goldinglaw.net

3